A. SIMON CHREIN
*United States Magistrate Judge*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201
(718) 260-2500

**DOCKET & FILE**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 23 2004 ★

August 9, 2004

*VIA FACSIMILE*

P.M. _____
TIME A.M. _____

*Fax Nº (212) 563-4534*
**Sanjay Chaubey, Esq.**
350 Fifth Avenue - Suite 5013
New York, NY 10118-5013

*Fax Nº (516) 742-2516*
**Brian P. Morrissey, Esq.**
Gallagher Gosseen Faller & Crowley
1010 Franklin Avenue - Suite 400
Garden City, NY 11530-2927

Re:   *Bary v. Delta Airlines, Inc.*
      02 CV 5202 (DGT)(ASC)[1]

Counselors:

      I have a letter from plaintiff's counsel, Sanjay Chaubey, Esq., dated August 6, 2004, complaining of the defendant's failure to respond to a second set of interrogatories on or about June 30, 2004. It is unclear from Mr. Chaubey's letter whether he attempted to confer with counsel for the defendant, as required by Local Rule 37.3(a).[2]

      I shall deal with this matter at the conference currently scheduled before me on *September 21, 2004, at 2:30 p.m.* Prior to that conference, it is expected that counsel will have conferred as required by the local rule. Should any rulings made in connection with these interrogatories require an extension of the discovery cutoff, I shall also address that question at the conference.

      Very truly yours,

A. SIMON CHREIN
United States Magistrate Judge

ASC/fap

---

    [1] *N.B.* the *correct* case number, including the suffix of indispensable judges' initials in parentheses, to appear on future correspondence from counsel.

    [2] Local Civil Rule 37.3(a) states, in its entirety: **"Premotion Conference.** Prior to seeking judicial resolution of a discovery or non-dispositive pretrial dispute, the attorneys for the affected parties or non-party witness shall attempt to confer in good faith *in person or by telephone* in an effort to resolve the dispute." (Emphasis supplied)).