UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MOHAMED BARY,                                      Docket No. CV 02 5202

                              Plaintiff,         (Trager, J.; Go, M.J.)

      -against-

DELTA AIR LINES, INC.,

                              Defendant.
------------------------------------------------------------------x

## NOTICE OF AUTOMATIC STAY

**PLEASE TAKE NOTICE,** that on September 14, 2005, Delta Air Lines, Inc., and the affiliated companies listed below filed a Voluntary Petition for relief and the United States Bankruptcy Court for the Southern District of New York entered an Order for Relief under Chapter 11 of Title 11 of the United States Code in the following cases:

    Delta Air Lines, Inc., Case No. 05-17923-PCB
    ASA Holdings, Inc., Case No. 05-17946-PCB
    Comair Holdings, LLC, Case No. 05-17931-PCB
    Comair, Inc., Case No. 05-17924-PCB
    Comair Services, Inc., Case No. 05-17935-PCB
    Crown Rooms, Inc., Case No. 05-17922-PCB
    DAL Aircraft Trading, Inc., Case No. 05-17941-PCB
    DAL Global Services, LLC, Case No. 05-17928-PCB
    DAL Moscow, Inc., Case No. 05-17937-PCB
    Delta AirElite Business Jets, Inc., Case No. 05-17942-PCB
    Delta Benefits Management, Inc., Case No. 05-17945-PCB
    Delta Connection Academy, Inc., Case No. 05-17926-PCB
    Delta Corporate Identity, Inc., Case No. 05-17932-PCB
    Delta Loyalty Management Services, LLC, Case No. 05-17939-PCB
    Delta Technology, LLC, Case No. 05-17927-PCB
    Delta Ventures III, LLC, Case No. 05-17936-PCB
    Epsilon Trading, Inc., Case No. 05-17943-PCB

Kappa Capital Management, Inc., Case No. 05-17947-PCB
Song, LLC, Case No. 05-17921-PCB

**PLEASE TAKE FURTHER NOTICE,** that the filing of the Voluntary Petition and entry of the Order for Relief creates an automatic stay that enjoins and restrains certain acts and proceedings against any of these debtors or their property as provided in 11 U.S.C. §362, unless relief from the automatic stay is first granted by the United States Bankruptcy Court for the Southern District of New York. Prohibited acts include, without limitation, the commencement or continuation of any judicial proceeding against the debtor that was or could have been commenced before the filing of the petition, any attempt to enforce a judgment against the debtors or their property, any act to obtain possession of or exercise control over the property of the estate, or any act to create, perfect, or enforce any lien against the property of the estate. See 11 U.S.C. § 362 and Federal Rule of Bankruptcy Procedure 4001 for exceptions and procedures to follow in seeking relief from the automatic stay.

Dated: Garden City, NY
November 18, 2005

> **GALLAGHER GOSSEEN**
> **FALLER & CROWLEY**
>
> By: _____
> **JAMES A. GALLAGHER, JR.**
> **MICHAEL J. CROWLEY**
> A Member of the Firm
> Attorneys for Defendant
> **DELTA AIR LINES, INC.. s/h/a**
> **DELTA AIRLINES, INC**
> 1010 Franklin Avenue, Suite 400
> Garden City, NY 11530-2927
> (516) 742-2500
> **Atty I.D. # MC 2821**
> **Atty I.D. # JG7597**

TO: Sanjay Chaubey, Esq.
**LAW OFFICE OF SANJAY CHAUBEY**
*Attorney for Plaintiff*
Empire State Building
350 Fifth Avenue, Ste. 5013
New York, NY 10118
(212) 563-3223
**Attorney I.D. No. (SC-3241)**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

Cathleen M. Hohil, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Valley Stream, New York.

On November 18, 2005, deponent served the within **NOTICE OF AUTOMATIC STAY** upon:

> **Sanjay Chaubey, Esq.**
> **Law Office of Sanjay Chaubey**
> *Attorney for Plaintiff*
> **Empire State Building**
> **350 Fifth Avenue, Ste. 5013**
> **New York, NY 10118**

being the addresses designated by said attorneys/parties for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Cathleen M. Hohil

Sworn to before me this
18$^h$ day of November, 2005.

_____
Notary Public

ROBERT A. FALLER
Notary Public, State Of New York
No. 02FA6045606
Qualified In Nassau County
Commission Expires 10/29 06

UNITED STATES DISTRICT COURT  Docket No.: 02 CV 5202
EASTERN DISTRICT OF NEW YORK  (Trager, J.; Go, M.J.)

---

MOHAMED BARY,

                                                *Plaintiff,*

        -against-

DELTA AIRLINES, INC.,

                                                *Defendant.*

---

## NOTICE OF AUTOMATIC STAY

---

**GALLAGHER GOSSEEN FALLER & CROWLEY**
*Attorneys at Law*

*Attorneys for Defendant*
**DELTA AIR LINES, INC.**

**Office and Post Office Address, Telephone**
1010 Franklin Avenue
Suite 400
Garden City, New York 11530
(516) 742-2500
Fax: (516) 742-2516