UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
MOHAMED BARY

      Plaintiff,                              ORDER

  -against-                           Civil Action No.
                                           CV-02-5202(DGT)
DELTA AIRLINES, INC.

      Defendant.

---------------------------------X

TRAGER, District Judge

    Defendant, Delta Airlines, on November 18, 2005 informed this court that on September 14, 2005 the company filed a Voluntary Petition for relief with the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). Upon this request the Bankruptcy Court entered an Order of Relief, which _inter alia_ created an automatic stay of all legal proceedings in this matter. It is, therefore,

    ORDERED that this action be administratively closed. The parties may petition for this matter to be re-opened if and when the Bankruptcy Court grants them relief from the automatic stay.

Dated: Brooklyn, New York
       November 23, 2005

                                       SO ORDERED:

                                       _____/s/_____
                                       David G. Trager
                                       United States District Judge