**LAW OFFICES OF**
**SANJAY CHAUBEY**

The Empire State Building
350 Fifth Avenue, Suite 5013
New York, NY 10118-5013

Phone: (212) 563-3223
Fax:    (212) 563-4534
E-mail: chaubey@aol.com

May 30, 2007

COURTESY COPY

Honorable Judge David G. Trager
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Mohamed Bary v. Delta Air Lines, Inc.
Docket No.: CV-02-5202

Dear Honorable Judge Trager:

I represent Mohamed Bary, Plaintiff in the captioned matter. I am in regard to the Order passed on November 23, 2005, whereby the captioned matter was administratively closed for the reason that the defendant filed a Voluntary Petition for relief with the Bankruptcy Court for the Southern District of New York. Upon this request, the Bankruptcy Court caused an automatic stay of all legal proceedings in this matter. Copy of the Order dated November 23, 2005 is enclosed for your ready reference.

Delta Airlines, Inc., the defendant herein has now come out of the bankruptcy proceedings, and I hereby request you to reinstate the proceeding.

I would greatly appreciate granting of this request of reinstatement.

Thank you,

Respectfully,

Sanjay Chaubey, Esq.

CC:   Gallagher Gosseen Faller & Growley
      *Attorney for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
MOHAMED BARY

      Plaintiff,

  -against-

DELTA AIRLINES, INC.

      Defendant.

--------------------------------X

ORDER

Civil Action No.
CV-02-5202(DGT)

TRAGER, District Judge

    Defendant, Delta Airlines, on November 18, 2005 informed this court that on September 14, 2005 the company filed a Voluntary Petition for relief with the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").  Upon this request the Bankruptcy Court entered an Order of Relief, which <u>inter</u> <u>alia</u> created an automatic stay of all legal proceedings in this matter.  It is, therefore,

    ORDERED that this action be administratively closed.  The parties may petition for this matter to be re-opened if and when the Bankruptcy Court grants them relief from the automatic stay.

Dated: Brooklyn, New York
      November 23, 2005

                                SO ORDERED:

                                _____/s/_____
                                David G. Trager
                                United States District Judge