**LAW OFFICES OF**
**SANJAY CHAUBEY**

The Empire State Building
350 Fifth Avenue, Suite 5013
New York, NY 10118-5013

Phone: (212) 563-3223
Fax: (212) 563-4534
E-mail: chaubey@aol.com

September 10, 2008

**Via Electronic Case Filing**

Honorable David G. Trager
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Mohamed Bary v. Delta Air Lines, Inc.**
**Docket No.: CV-02-5202 ( Trager, J.) (Go, M.J.)**

Dear Honorable Judge Trager:

    I represent Mohamed Bary, Plaintiff in the captioned matter. I have electronically filed a Proposed Pretrial Order on September 5, 2008 per the order of Magistrate Judge. Counsel for defendant Brian P. Morrissey informed me that in fact it was not to be filed and forwarded to him. Accordingly, I respectfully request the honorable court to disregard the filed proposed pretrial order dated September 5, 2008. Once, I receive input from the defendant's attorney, we will jointly file the Proposed Pre-Trial Order.

    I am also sending copy of this letter to defendant's attorney for their information and record.

Thank you,

Respectfully,

/s/ Sanjay Chaubey
Sanjay Chaubey, Esq.
*Attorney for Plaintiff*


CC:    Gallagher Gosseen Faller & Crowley
        *Attorney for Defendant*