# LAW OFFICES OF
# SANJAY CHAUBEY

The Empire State Building
350 Fifth Avenue, Suite 5013
New York, NY 10118-5013

Phone: (212) 563-3223
Fax: (212) 563-4534
E-mail: chaubey@aol.com

September 19, 2008

VIA ECF & FACSIMILE (718) 613-2518

Honorable David G. Trager
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:        Mohamed Bary v. Delta Air Lines, Inc.
        Docket No.:  02 CV 5202 (Trager, J.) (Go, M.J.)

Dear Judge Trager:

    I represent Plaintiff Mohamed Bary in the captioned matter and I am writing with respect to the schedule set for filing response to defendant's Motion for Summary Judgment.

    Plaintiff, Mohamed Bary is requesting an extension of time to file such response. I have called defendant's office about the same and defendant's counsel has consented to two weeks of extension. This short extension of time will not unduly delay proceedings in this matter.

    Plaintiff, Mohamed Bary requests the following dates be granted:

- October 10, 2008 plaintiff to serve opposition to defendant's Motion for Summary Judgment (original date September 26, 2008).

- October 24, 2008 defendant serves reply to plaintiff's opposition.

    I would appreciate Your Honor advising the parties if the stated schedule is acceptable and whether the court has any further questions. Your Honor's attention to this matter is greatly appreciated.

Respectfully,

Sanjay Chaubey, Esq. (SC-3241)
*Attorney for the Plaintiff, Mohamed Bary*

1

CC: **Via ECF**

Honorable Magistrate Judge Marilyn D. Go
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Gallagher Gosseen Faller & Growley
Attorney for Defendant
1010 Franklin Avenue, Suite 400
Garden City, New York 11530-2927
Fax: (516) 742-2516

2