# GALLAGHER GOSSEEN FALLER & CROWLEY

ATTORNEYS AT LAW

1010 FRANKLIN AVENUE

SUITE 400

GARDEN CITY, NEW YORK 11530-2927

(516) 742-2500

FAX: (516) 742-2516

WWW.GGFC-LAW.COM

NEW YORK CITY OFFICE:
350 FIFTH AVENUE
SUITE 4810
NEW YORK, N.Y. 10118-4398
(212) 947-5800
FAX: (212) 967-4965

Brian P. Morrissey
Partner
E-MailBMOrrissey@ggfc-law.com

September 22, 2008

**Via ECF**
**& Via Facsimile 718-613-2518**
Chambers of Honorable David G. Trager
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Bary v. Delta Air Lines, Inc.
      Docket No.: 02 CV 5202 (Trager, J.)(Go, M.J.)
      GGF&C File No.:  1/601 BPM/MJC

Dear Judge Trager:

We represent the defendant Delta Air Lines, Inc., ("Delta") and we are writing further to plaintiff's counsel's September 19, 2008 correspondence.

We do not oppose plaintiff's request for an extension of time. We ask that the same proposed dates be used for filing of the pre-trial order, so that Delta would serve its draft pre-trial order on October 10, 2008, and the joint pre-trial order would be filed, together with all motions papers, on October 24, 2008.

Your Honor's attention to this matter is greatly appreciated.

Respectfully,

Brian P. Morrissey

BPM/kc

GALLAGHER GOSSEEN FALLER & CROWLEY

**Chambers of Honorable David G. Trager**
**Bary v. Delta Air Lines**
**September 22, 2008**
**Page 2**

cc:     **Via ECF**
        **& Facsimile (212) 563-4534**
        Sanjay Chauby, Esq.
        Empire State Building
        350 Fifth Avenue, Suite 5013
        New York, NY  10118-5013