UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

x-----------------------------------------------------x

MOHAMED BARY,               )    Docket No. CV-02-5202

           Plaintiff.     )

                     )    AFFIDAVIT OF SANJAY

                     )    CHAUBEY, ESQ. IN OPPOSITION

                     )    TO DEFENDANT'S

   -against-             )    MOTION FOR SUMMARY

                     )    JUDGMENT

                     )

DELTA AIRLINES, INC.       )

          Defendant.    )    (Trager, J)

x-----------------------------------------------------x

STATE OF NEW YORK    )

                    ) SS.:

COUNTY OF NEW YORK  )

Sanjay Chaubey, Esq., being duly sworn, deposes and says:

1. I am the attorney for plaintiff, Mohamed Bary and member of the firm Law Offices of Sanjay Chaubey and I am fully familiar with the facts and circumstances hereinafter set forth. I submit this affidavit in <u>opposition</u> to defendant's motion for an order, pursuant to Fed. R. Civ. P. 56, granting summary judgment and dismissing plaintiff's complaint.

2. This affidavit is submitted based upon personal knowledge of the pleadings and disclosures to date in this matter. The following exhibits are annexed to this affidavit.

    a. Exhibit A – Memorandum and Order in *Arshad Chowdhury vs. Northwest Airlines, Corp., Docket No. C02-02665.*

3. Exhibit A is referenced in Plaintiff's Memorandum of Law submitted herewith. The arguments submitted in support of this motion are contained therein. It is respectfully submitted that the annexed Exhibit together with the Memorandum of Law establish that defendant's motion for summary judgment should be denied in all respects.

Dated:   New York, New York
        October 10, 2008

1

LAW OFFICES OF SANJAY CHAUBEY

By:/s/ Sanjay Chaubey, Esq.
SANJAY CHAUBEY, ESQ. (SC-3241)

*Attorneys for Plaintiff*
*Mohamed Bary*
350 Fifth Avenue, Suite 5013
New York, New York 10118-5013
Phone: (212) 563-3223

2