**LAW OFFICES OF**
**SANJAY CHAUBEY**

The Empire State Building
350 Fifth Avenue, Suite 5013
New York, NY 10118-5013

Phone:   (212) 563-3223
Fax:      (212) 563-4534
E-mail: chaubey@aol.com

November 3, 2009

**VIA ECF**

Honorable David G. Trager
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re:**    **Mohamed Bary v. Delta Air Lines, Inc.**
        **Docket No.:**    **02 CV 5202 (Trager, J.) (Go, M.J.)**

Dear Honorable Judge Trager:

    I represent Plaintiff Mohamed Bary in the captioned matter and I am writing this letter to request seeking extension of time to file amended complaint pursuant to an order dated October 9, 2009 whereby court had ordered plaintiff to file the said amended complaint within 35 days of the date of the order. Accordingly, the date for filing the amended complaint is set for November 13, 2009.

    Due to voluminous record involved in this matter, it is difficult to amend the complaint and file the same on or before November 13, 2009. I had made attempts to contact defendant's attorney, Mr. Brian Morrissey to obtain his consent in advance. Since Mr. Morrissey was not in his office, I left a message on November 2, 2009 with request to return my call but I have no heard from him so far.

    This is plaintiff's first request to extend the time for filing of amended complaint. In view of the above facts and circumstances, it is respectfully requested that an extension until December 4, 2009 be granted for the purpose of filing plaintiff's amended complaint.

Thank you,

Respectfully,
/s/ Sanjay Chaubey, Esq.
Sanjay Chaubey, Esq. (SC-3241)
*Attorney for the Plaintiff, Mohamed Bary*

1

CC: **<u>Via ECF</u>**

    Honorable Magistrate Judge Marilyn D. Go
    United States Courthouse
    Eastern District of New York
    225 Cadman Plaza East
    Brooklyn, NY 11201

    Gallagher Gosseen Faller & Growley
    Attorney for Defendant
    1010 Franklin Avenue, Suite 400
    Garden City, New York 11530-2927
    Fax: (516) 742-2516