UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

MOHAMED BARY,

       Plaintiff,

   -against-

DELTA AIRLINES, INC.,

       Defendant.

----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 1 0 2009 ★

BROOKLYN OFFICE

MEMORANDUM AND ORDER

Civil Action No.
CV-02-5202(DGT)

Trager, J:

    Plaintiff's request for additional time to file an amended complaint is granted. Plaintiff shall file an amended complaint by December 4, 2009.

Dated:   Brooklyn, New York
           November 10, 2009

                            SO ORDERED:

                            s/David G. Trager

                            David G. Trager
                            United States District Judge