**CIVIL MINUTE ENTRY**

DOCKET NUMBER**:**   02-cv-5202 (MDG)

## CIVIL CAUSE FOR BENCH TRIAL

BEFORE JUDGE: **MARILYN D. GO, U.S.M.J.**   DATE:   **2/4/2011   TIME 10:30 - 1:30 p.m.** IN COURT  **3**  HRS **00** MINS

NAME OF CASE: **BARY V. DELTA AIRLINES, INC.**

APPEARANCES:

FOR PLAINTIFF: **SANJAY CHAUBEY**

FOR DEFENDANT**:   MICHAEL CROWLEY**

CASE MANAGER:   **F. ABDALLAH**

COURT REPORTER: **MARIE FOLEY**

INTERPRETER:      N/A                        LANGUAGE:_____

[ ]Arbitration Hearing              [ ]Hearing In Aid Of Judgment
[ ]Argument on Bankruptcy Appeal    [ ]Hearing Out of Jury Presence    [ ]Interim Remand Hearing
[ ]Attorney Appointment Hearing     [ ]In Camera Hearing               [ ]Removal Hearing
**[X]Bench Trial**                  [ ]In Chambers Conference          [ ]Scheduling Conference
[ ]Confirmation Hearing             [ ]Initial Conference Hearing      [ ]Settlement Conference
[ ]Contempt Hearing                 [ ]Judgment Debtor Exam            [ ]Show Cause Hearing
[ ]Daubert Hearing                  [ ]Jury Selection                  [ ]Status Conference
[ ]Discovery Hearing                [ ]Jury Trial                      [ ]Summary Jury Trial
[ ]Docket Call                      [ ]Pre Motion Conference           [ ]Telephone Conference
[ ]Evidentiary Hearing              [ ]Pretrial Conference             [ ]Three-Judge Court Hearing
[ ]Exparte Matter                   [ ]Final Pretrial Conference       [ ]Voir Dire
[ ]Forfeiture Hearing               [ ]Initial Pretrial Conference     [ ]Writ Hearing
[ ]Other (please specify)_____

[ ]Began     [X] Held      [ ]Continued     [X] Completed       [ ]Scheduled for

Date: _____        Time _____

Bench trial continued and completed. Testimony heard.  Defense rests.  Defense renews motion to dismiss remaining claims.  Any post-trial submissions due by 3/4/2011.