LAW OFFICES OF
**SANJAY CHAUBEY**

The Empire State Building
350 Fifth Avenue, Suite 5013
New York, NY 10118-5013

Phone:   (212) 563-3223
Fax:       (212) 563-4534
E-mail: chaubey@aol.com

March 9, 2011

**BY ELECTRONIC FILING**

Hon. Magistrate Judge Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Mohamed Bary v. Delta Air Lines, Inc.
02 CV 5202 (DGT) (MDG)

Dear Judge Go:

I represent Plaintiff Mohamed Bary in the captioned matter. I am writing in response to defendants post trial Memorandum of Law filed in further support of Delta Airlines Inc's. motion to dismiss all claims on March 3, 2011.

I request that this post trial Memorandum of Law filed by defendants Delta Airlines Inc. be rejected by the Honorable Court for the reason, the court on February 4, 2011 had clearly stated *"We'll let you know within two weeks whether or not we want additional submissions and we'll set a schedule."* (See Page 502 lines 7-9 of trial transcript dated February 4, 2011.)

In view of the aforesaid it is stated that the trial was completed on February 4, 2011 and no communication was received within two weeks pertaining to instructions and schedule for court's wanting any additional submissions. Therefore any such

submission as filed by Delta is contrary to the courts instructions and also prejudicial to plaintiff's interest.

In view of the above it is respectfully submitted that post trial Memorandum of Law filed by defendants on March 3, 2011 be rejected in entirety.

Thank you for your honors attention to this manner.

Respectfully,

_____/s/_____
Sanjay Chaubey, Esq. (SC-3241)
*Attorney for the Plaintiff*
Mohamed Bary


CC:   Connell Foley LLP,
      Attorney for Defendant (BY ECF)