# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*†
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
MICHAEL J. CROWLEY*

TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF†
PATRICK J. HUGHES*†
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
CHARLES J. HARRINGTON III*
STEPHEN V. FALANGA*
JEFFREY L. O'HARA
TRICIA O'REILLY*
ANTHONY F. VITIELLO*†
MARC D. HAEFNER
JONATHAN P. MCHENRY
JAMES P. RHATICAN*†
MATTHEW W. BAUER*
BRAD D. SHALIT*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
M. TREVOR LYONS*
MICHAEL A. SHADIACK
PATRICIA A. LEE*†
AGNIESZKA ANTONIAN*
BRYAN P. COUCH*

*Also Admitted in New York
†Also Admitted in Pennsylvania
-Only Admitted In New York
PLEASE REPLY TO ROSELAND, N J

Writer's Email: mbojbasa@connellfoley.com

888 Seventh Avenue
New York, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

ROSELAND OFFICE
85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

COUNSEL
JOHN W. BISSELL
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
STEVE BARNETT*
THOMAS M. SCUDERI*

CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JASON E. MARX*
DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
MATTHEW S. SCHULTZ*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
DANIELA R. D'AMICO*
CHRISTINE I. GANNON*
PHILIP W. ALLOGRAMENTO III*
CATHERINE G. BRYAN†
JAMES C. HAYNIE*
LAURIE B. KACHONICK*
ANDREW C. SAYLES*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
AARON M. BENDER

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
OWEN C. MCCARTHY*
NANCY A. SKIDMORE*
GREGORY E. PETERSON*

ANTHONY J. CORINO*
WILLIAM D. DEVEAU*
DANIEL B. KESSLER*
CONOR F. MURPHY*
MEGHAN B. BARRETT*
RUKHSANAH L. LIGHARI*
NICOLE B. DORY*
PATRICK E. DURING
CHRISTIAN J. JENSEN*
JOSEPH A. VILLANI, JR.*
ANDREW B. BUCKMAN
MICHAEL BOJBASA-
E. KEVIN VOLZ†
BETH A. FERLICCHI
JENNIFER E. CONSTANTINOU*
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI
MONICA SETH*
MELISSA D. LOPEZ
JASON D. FALK
JOANNA S. RICH
NEIL V. SHAH
STEPHEN R. TURANO*

March 10, 2011

*Via Electronic Case Filing*
Honorable Magistrate Judge Marilyn D. Go.
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:  **Bary v. Delta Air Lines, Inc.**
          Docket No.  02 CV 5202
          Our File No.  12160/100989

Dear Judge Go:

  We represent the defendant, Delta Air Lines, Inc. ("Delta"), in the above referenced matter and write here in response to the letter from plaintiff's counsel dealing with post-trial submissions. Mr. Chaubey's request that the Court disregard Delta's post-trial Memorandum of Law is baseless, as the Court instructed the parties twice that all post-trial submissions were due by March 4, 2011.

  The first time the March 4th deadline was mentioned was in fact at trial (see page 501, line 25 of Trial Transcript dated February 4, 2011), memorialized in Document number 116 on the Court's docket. On February 10, 2011, the parties were reminded of the deadline by an ECF notice, which again stated that all post-trial submissions were due by March 4, 2011.

  Delta's submission was therefore fully compliant with the instructions provided and not prejudicial to plaintiff in any regard, who had the very same opportunity to file his own post-trial submission should he have chosen to do so.

2497379-01

March 10, 2011
Page 2

It is respectfully requested that the Court disregard plaintiff's counsel's letter request for the reasons set forth above.

Your Honor's attention to this matter is greatly appreciated.

Respectfully,

*[signature]*

Michael Bojbasa

MB/

cc:   *Via ECF & Facsimile (212) 563-4534*
      Sanjay Chaubey, Esq.
      *Attorney for Plaintiff*
      Empire State Building
      350 Fifth Avenue, Suite 5013
      New York, NY 10118-5013

2497379-01